UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:05-cv-00272-GMS<br><br>**CLASS ACTION** |
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:05-cv-00277-GMS<br><br>**CLASS ACTION** |

[Caption continued on following page.]

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

**JULY 5, 2005**

| | |
|---|---|
| ROBERT WILKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>  Defendants. | Civil Action No. 1:05-cv-00287-GMS<br><br><u>CLASS ACTION</u> |
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>  Defendants. | Civil Action No. 1:05-cv-00289-GMS<br><br><u>CLASS ACTION</u> |
| GREG PENN,<br><br>  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>  Defendants. | Civil Action No. 1:05-cv-00293-GMS<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MBNA CORP., et al.,<br><br>  Defendants. | Civil Action No. 1:05-cv-00316-GMS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | | |
|---|---|---|
| MICHAEL D. BLUM, | ) | Civil Action No. 1:05-cv-00372-GMS |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| MBNA CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Case 1:05-cv-00293-GMS    Document 2    Filed 07/05/2005    Page 3 of 5

| | | |
|---|---|---|
| MICHAEL D. BLUM, | ) | Civil Action No. 1:05-cv-00372-GMS |
| Plaintiff, | ) | CLASS ACTION |
| vs. | ) | |
| MBNA CORP., et al., | ) | |
| Defendants. | ) | |

Class member City of Deerfield Beach Non-Uniform Employees Retirement Plan ("City of Deerfield Beach"), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing City of Deerfield Beach as Lead Plaintiff; (iii) approving City of Deerfield Beach's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Rosenthal, Monhait, Gross & Goddess, P.A. to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, City of Deerfield Beach submits herewith a Memorandum of Law and Declaration of Jeffrey S. Goddess dated July 5, 2005.

DATED: July 5, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A

/s/ Joseph A. Rosenthal

JOSEPH A. ROSENTHAL (Del. No. 234)
JEFFREY S. GODDESS (Del. No. 630)
JESSICA ZELDIN (Del. No. 3558)

919 Market Street, Suite 1401
Wilmington, DE 19801
Telephone: 302/656-4433
302/658-7567 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\MBNA\LP Motion\DE\LP Motion.doc

- 2 -