IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                  :  Case No. 1:05-cv-00272-GMS
                                            :
            Plaintiff,                      :  <u>CLASS ACTION</u>
                                            :
    vs.                                     :
                                            :
MBNA CORP., BRUCE L. HAMMONDS,              :
KENNETH A. VECCHIONE, RICHARD K.            :
STRUTHERS, CHARLES C. KRULAK, JOHN          :
R. COCHRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER, and JOHN W.                :
SCHEFLEN,                                   :
                                            :
            Defendants.                     :
                                            :
---------------------------------------------------------------x
                                            :
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated,              :  Case No. 1:05-cv-00277-GMS
                                            :
            Plaintiff,                      :  <u>CLASS ACTION</u>
                                            :
    vs.                                     :
                                            :
MBNA CORP., BRUCE L. HAMMONDS, and          :
KENNETH . VECCHIONE,                        :
                                            :
            Defendants.                     :
                                            :
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

———————————————————————x
:
ROBERT WILKINS, Individually and on behalf : 
of all others similarly situated, : Case No. 1:05-cv-00287-GMS
:
      Plaintiff, : CLASS ACTION
:
 vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
      Defendants. :
:
———————————————————————x
:
LEONARD BRONSTEIN, On behalf of himself :
and all others similarly situated, : Case No. 1:05-cv-00289-GMS
:
      Plaintiff, : CLASS ACTION
:
 vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
      Defendants. :
:
———————————————————————x

| | |
|---|---|
| GREG PENN, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00293-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER, | |
| Defendants. | |
| CLIFFORD W. JONES, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00316-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE, | |
| Defendants. | |
| MICHAEL D. BLUM, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00372-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER | |
| Defendants. | |

```
─────────────────────────────────────x
                                     :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,       :     Case No. 1:05-cv-00389-GMS
                                     :
              Plaintiff,             :     CLASS ACTION
                                     :
       vs.                           :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCRAN, III, MICHAEL G. RHODES,   :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
```

## [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005

_____
United States District Court Judge