IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
Defendants. :
:
———————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
Defendants. :
:
———————————————————x

**(Additional Captions Set Forth Below)**

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

————————————————————————x
:
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated,          :    Case No. 1:05-cv-00287-GMS
:
            Plaintiff,                     :    <u>CLASS ACTION</u>
:
    vs.                                    :
:
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCHRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER, and JOHN W.               :
SCHEFLEN,                                  :
:
            Defendants.                    :
:
————————————————————————x
:
LEONARD BRONSTEIN, On behalf of himself    :
and all others similarly situated,         :    Case No. 1:05-cv-00289-GMS
:
            Plaintiff,                     :    <u>CLASS ACTION</u>
:
    vs.                                    :
:
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCHRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER, and JOHN W.               :
SCHEFLEN,                                  :
:
            Defendants.                    :
:
————————————————————————x

————————————————————x
:
GREG PENN, On behalf of himself and all others : 
similarly situated,                            :    Case No. 1:05-cv-00293-GMS
                                               :
                    Plaintiff,                 :    CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.               :
STRUTHERS, and LANCE L. WEAVER,                :
                                               :
                    Defendants.                :
                                               :
————————————————————x
:
CLIFFORD W. JONES, On behalf of himself and    :
all others similarly situated,                 :    Case No. 1:05-cv-00316-GMS
                                               :
                    Plaintiff,                 :    CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS, and             :
KENNETH A. VECCHIONE,                          :
                                               :
                    Defendants.                :
                                               :
————————————————————x
:
MICHAEL D. BLUM, On behalf of himself and      :
all others similarly situated,                 :    Case No. 1:05-cv-00372-GMS
                                               :
                    Plaintiff,                 :    CLASS ACTION
                                               :
    vs.                                        :
                                               :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, JOHN R.                  :
COCRAN, III, RICHARD K. STRUTHERS, and         :
LANCE L. WEAVER,                               :
                                               :
                    Defendants.                :
                                               :
————————————————————x

```
―――――――――――――――――――――――x
THOMAS J. CUSSEN, On behalf of himself and   :
all others similarly situated,               :   Case No. 1:05-cv-00389-GMS
                                             :
                Plaintiff,                   :   CLASS ACTION
                                             :
        vs.                                  :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER and JOHN W. SCHEFLEN,        :
                                             :
                Defendants.                  :
                                             :
―――――――――――――――――――――――x
```

RALPH SIANNI, of full age, hereby declares under penalties of perjury:

1. I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

4. Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

5. Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005                     /s/ Ralph Sianni
                                        Ralph Sianni