# EXHIBIT D

# Part 2 of 2

Corporation, currently pending before Judge Richard M. Berman in the Southern District of New York

After receiving an LL.M. in securities regulation from the Georgetown University Law Center in 1994, Mr. Scotti joined the litigation department of Prudential Securities Incorporated where he defended the firm at more than fifty securities arbitration hearings in just one year. From 1995 though 1997, Mr. Scotti was associated with the Chicago law firm of Ungaretti & Harris, where he continued to hone his skills as a securities litigator.

Mr. Scotti is a member of the New York State and American Bar Associations and co-chairs the firm's Summer Associate Program.

**RACHEL S. FLEISHMAN** graduated from New York University in 1989 with a B.A. degree in politics. She received her J.D. degree from St. John's University School of Law, *cum laude*, in 1992, where she was an articles editor for the *St. John's Law Review*. Ms. Fleishman served as a law clerk to United States District Judge Jed S. Rakoff.

Prior to joining Milberg Weiss in 2002, Ms. Fleishman was associated with the law firms Dewey Ballantine and Fried Frank Harris Shriver & Jacobson. At those firms, Ms. Fleishman's practice included a broad range of complex commercial and securities litigation, as well as representation of clients in SEC, NASD and criminal investigations. Ms. Fleishman's clients have included investment banks, top-tier banks, lending institutions and a variety of major manufacturing companies.

At Milberg Weiss, Ms. Fleishman's practice includes securities litigation and complex commercial litigation.

Ms. Fleishman is admitted to the bar in New York and Massachusetts. Ms. Fleishman is also admitted to practice before the Sixth and Eleventh Circuit Courts of Appeals and the United States District Courts in the Southern, Eastern and Western Districts of New York.

**BETH A. KASWAN** received her B.B.A. degree from the University of Miami in 1973 and her J.D. degree from Boston College Law School in 1976. Ms. Kaswan has practiced with Milberg Weiss since 1998 where she has represented plaintiffs in cases involving securities and consumer fraud. Ms. Kaswan served in a leadership role in the *Oxford Health Plan Securities Litigation*, which eventually settled for $300 million, including $75 million against Oxford's accountant, KPMG. She is litigating several other financial fraud matters, including a case against a Bermuda-based reinsurance company and KPMG alleging improper accounting for policyholder liabilities and improper amortization of deferred acquisition costs. Immediately before joining Milberg Weiss, Ms. Kaswan served in the

Giuliani administration as New York City's chief procurement officer, a deputy commissioner in the Department of Investigations and the Finance Department's chief counsel.

Ms. Kaswan began her career at Peat, Marwick, Mitchell & Co. and later served as a trial attorney with the U.S. Department of Justice, Tax Division. In 1985, she joined the U.S. Attorney's Office for the Southern District of New York, and was promoted to Chief of Commercial Litigation and then Deputy Chief of the Civil Division. While employed by the government, Ms. Kaswan litigated several high-profile cases to judgment, including the landmark case of *United States v. Gleneagles Investment. Co.*, where following a multi-stage, thirteen-month trial, the fraudulent conveyance laws were first applied to set aside a leveraged buy-out. She also represented the Federal Reserve for its enforcement actions against the rogue bank, BCCI, leading to the global RICO plea agreement and forfeiture of BCCI's $550 million of United States assets; the IRS for its $5 billion claim against Drexel, the Defense Department and MARAD for qui tam and other false claims actions against Goodyear Aerospace, Loral and General Dynamics and the FDA to enjoin the manufacture of adulterated generic drugs. *See, e.g., United States v. Gleneagles Investment Co.*, 565 F. Supp. 556 ("Gleneagles I"), 571 F. Supp. 935 ("Gleneagles II"), 584 F. Supp. 671 ("Gleneagles III") (M.D. Pa. 1981), aff'd in part and rev'd in part *sub. nom., United States v. Tabor Court Realty Corp.*, 803 F.2d 1288 (3d Cir. 1986); *In re Smouha* ("BCCI"), 136 B.R. 921 (S.D.N.Y. 1992); *United States v. Davis*, 803 F.Supp. 830 (S.D.N.Y. 1992), aff'd in part and rev'd in part *sub. nom., United States v. General Dynamics Corp.*, 19 F.3d 770 (2d Cir. 1994); *United States v. Barr Laboratories, Inc.*, 812 F.Supp. 458 (D.N.J. 1993).

Ms. Kaswan has received several awards from the Justice Department and the agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, a Superior Performance award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA Commissioner and U.S. Customs Service. She has testified before the New York legislature as a government expert on money-laundering and lectured in Justice Department training programs on evidence and other subjects.

Ms. Kaswan is admitted to practice in the courts of the States of New York and Massachusetts, as well as the United States District Courts for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

**BENJAMIN Y. KAUFMAN** earned his B.A. degree from Yeshiva University in 1985 and his J.D. degree from Benjamin N. Cardozo School of Law, Yeshiva University in 1988, where he was a Belkin Fellow, Belkin Scholar, and a member of the *Cardozo Arts and Entertainment Law Journal*. Mr. Kaufman also received a M.B.A. degree in finance from the Stern School of Business of New York University in 1999. Prior to joining Milberg Weiss in August of 1998, Mr. Kaufman was a court attorney for the New York State Supreme Court, New York County (1988-1990) and principal law clerk to Justice Herman Cahn of the Commercial Division of the New York State Supreme Court, New York County (1990-1998).

Mr. Kaufman focuses on class action litigating on behalf of defrauded investors and consumers as well as complex commercial litigation. Mr. Kaufman is a member of the bars of New York, New Jersey, the United States District Courts for the Districts of New York and New Jersey and the United States Court of Appeals for the Fourth Circuit.

**CLIFFORD S. GOODSTEIN** earned his A.B. degree from Harvard University in 1988 and his J.D. degree from New York University School of Law in 1993. After graduation, he served as a law clerk to the Honorable Alex T. Howard, Jr., Chief Judge of the United States District Court for the Southern District of Alabama, and then as an associate at Reboul, MacMurray, Hewitt, Maynard & Kristol and Baker & Botts prior to joining Milberg Weiss in January of 1998.

Mr. Goodstein works on a variety of actions on behalf of classes as well as individuals in consumer fraud, securities, antitrust, health care, and other areas. Mr. Goodstein is a member of the bars of New York and New Jersey.

**SETH D. RIGRODSKY** received his B.A. degree *magna cum laude*, with honors in history, from Brandeis University in 1985. In 1990, he received his J.D. degree, *magna cum laude*, from Georgetown University Law Center, were he was awarded Order of the Coif and served as a senior articles editor for the *Georgetown University Law Journal*. After graduation from law school, Mr. Rigrodsky was a law clerk to the Honorable Andrew G.T. Moore, II, of the Delaware Supreme Court.

Following his clerkship, Mr. Rigrodsky was associated with the law firms Wachtell, Lipton, Rosen & Katz in New York City, and Morris, Nichols, Arsht & Tunnell in Wilmington, Delaware, where he concentrated his practice on corporate and complex business litigation. In 1994, Mr. Rigrodsky joined Morris and Morris in Wilmington, Delaware, where he became a partner beginning in January 2000, and represented investors in numerous federal and state class and shareholder derivative lawsuits.

Mr. Rigrodsky is a member of the bars of the States of Delaware and New York, the United States District Courts for Delaware and the Southern District of New York, and the Courts of Appeals for the Second, Third and Fourth Circuits.

**PETER SAFIRSTEIN** graduated from The George Washington University in 1978 with a B.A. degree. He received an M.A. degree in government (concentration in international relations) from Georgetown University in 1980. In 1985, he earned his J.D. degree from Brooklyn Law School where he was a member of the *Brooklyn Law Review* and the Moot Court Honors Society. Prior to joining Milberg Weiss, Mr. Safirstein was in private practice. In addition, Mr. Safirstein served as a staff attorney in the Enforcement Division for the U.S. Securities and Exchange Commission from 1985-1990. In 1988-89, Mr. Safirstein was designated as a special assistant United States attorney in the Southern District of New York where he was part of the trial team which prosecuted *United States v. Regan*, (the "Princeton/Newport" case) and *United States v. Lisa Jones*. Mr. Safirstein later served as an assistant United States attorney in the Southern District of Florida.

Mr. Safirstein is a member of the American Bar Association and the Association of the bar of the City of New York. Mr. Safirstein is a member of the Bars of the State of New York and the State of New Jersey and is also admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Second and Third Circuits, the District Court of the Southern and Eastern Districts of New York and the District Court of New Jersey.

**MAYA S. SAXENA** graduated from Syracuse University *summa cum laude* in 1993 with a dual B.A. degree in policy studies and economics, and graduated with a J.D. degree from Pepperdine University School of Law in 1996.

Prior to joining Milberg Weiss Bershad & Schulman in 1998, Ms. Saxena was employed as an assistant attorney general. As an assistant attorney general, Ms. Saxena represented the State of Florida and its agencies and officers in civil cases at the appellate and trial level, and prepared amicus curiae briefs in support of state policy goals attendant to issues presented in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.

Ms. Saxena currently specializes in securities fraud litigation, and was involved in several significant cases

which have resulted in significant recoveries for defrauded investors, including, among others, cases such as *In re Sunbeam Securities Litigation*; *In re Sensormatic Inc. Securities Litigation*; *In re Hamilton Bancorp Inc. Securities Litigation*, and *In re Aviation Sales Inc. Securities Litigation*. Ms. Saxena is presently serving as lead or co-lead counsel in numerous federal class action securities cases in the Southeast.

Ms. Saxena is a member of the Palm Beach County Bar Association, and the American Bar Association. Ms. Saxena was recently recognized in the *South Florida Business Journal*'s "Best of the Bar" as one of the best lawyers in South Florida. Ms. Saxena is a member of the Florida State Bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Eleventh and Fifth Circuit Courts of Appeals.

## JOSEPH P. GUGLIELMO graduated *cum laude* from The Catholic University of America in 1992 with a B.A. degree in political science. In 1995, Mr. Guglielmo graduated from the Columbus School of Law at The Catholic University of America where he received a certificate of public policy in addition to his J.D. degree.

Mr. Guglielmo is the co-author of "Class Actions In The Healthcare Context" which was published for the following healthcare conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges And Lawyers Breast Cancer Alert, 2000; and "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000. Mr. Guglielmo is also the co-author of "An Overview Of Class Action Litigation In the Managed Care Context" which was published for the following healthcare conferences: "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001, and American Society of Medical Associations Counsel, Fall 2002.

Mr. Guglielmo is a member of the New York State, District of Columbia and American Bar Associations and the Association of the Bar of the City of New York. Mr. Guglielmo was admitted to the New York State Bar in 1996, the District of Columbia Bar in 1997 and the United States Supreme Court in 2003. He is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado.

## CHARLES S. HELLMAN graduated with a B.A. degree from Bard College in 1985. In 1996, he graduated with a J.D. degree *summa cum laude* from New York Law School, where he was a member of the *New York Law School Law Review*. Mr. Hellman is the author of "Safe In Their Houses? Fourth Amendment Rights At Public Housing Projects," 40 N.Y.L. Sch. L. Rev. 189 (1995). Mr. Hellman's practice focuses on class actions on behalf of defrauded investors and class actions involving healthcare-related issues. Mr. Hellman is a member of the bars of the State of New York and the United States District Court for the Southern District of New York.

## BRIAN C. KERR graduated *summa cum laude* from the University at Albany in 1993, where he was valedictorian, a member of Phi Beta Kappa, co-founder of the Presidential Honors Society, and the recipient of the Karp Prize in Economics. In 1996, he received his J.D. degree from Hofstra University, where he was a member of the *Hofstra Law Review* and a Dean's Scholar. He was admitted to the bar of the State of Connecticut in 1996 and the State of New York in 1997.

Mr. Kerr joined the Firm in 1998. His practice focuses on securities litigation, consumer fraud, deceptive insurance sales practices, commercial litigation and mass torts. Mr. Kerr has been actively involved in prosecuting complex lawsuits against the following companies and/or their officers and directors: Tyco International, Ltd., Vivendi Universal, S.A., The News Corporation Ltd., Twentieth Century Fox Film Ltd., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Universal City Studios, Inc., Kmart Corp., Rite Aid Corp., Bear, Stearns & Co. Inc., PricewaterhouseCoopers, KPMG, Nationwide Life Insurance Co., The Equitable Life Assurance Society of the United States, General Instrument Corp., Sulzer Orthopedics, Inc., and United States Gypsum.

Mr. Kerr is also actively involved in the Firm's pro bono efforts, representing indigent prisoners in civil rights cases before the Second Circuit Court of Appeals, and working with Trial Lawyers Care to provide free legal assistance to the families of victims of the September 11th attacks.

Mr. Kerr is a member of the Association of the Bar of the City of New York, the New York State Bar Association, and the Association of Trial Lawyers of America. Mr. Kerr is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, as well as the United States Court of Appeals for the Third Circuit.

## KIM MILLER graduated with a B.A. degree with honors from Stanford University in 1992 with a double major in English and psychology. She earned her J.D.

degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Levy acted as co-chair of the Women's Law Symposium, as bench brief editor of the Cornell Moot Court Board, and as a member of the Board of Editors of the *Cornell Journal of Law & Public Policy*. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California.

**MICHAEL REESE** graduated from New College in 1992 with a B.A. in history and thereafter received his J.D. degree from the University of Virginia School of Law in 1996. Upon graduation from law school, Mr. Reese served as a trial attorney at the Manhattan District Attorney's Office where he prosecuted violent felony and white collar crime.

Mr. Reese joined Milberg Weiss in 2000 and has practiced in both its California and New York offices. Mr. Reese's work focuses on antitrust, securities and consumer fraud class action cases. Mr. Reese is a member of the state bars of New York and California and is admitted to practice before the U.S. District Courts for the Northern and Eastern Districts of California, the Southern and Eastern Districts of New York, the U.S. District Court of Colorado as well as the Ninth Circuit Court of Appeals.

**PETER E. SEIDMAN** earned his B.A *cum laude* from Hobart College in 1979, following which he served as a Peace Corps volunteer living and working among the Guarani, an indigenous tribe in Paraguay. He earned an M.A. degree in journalism in 1982 from the University of Michigan and subsequently worked as a journalist for a variety of publications. In 1994, he was awarded a J.D. degree *cum laude* from the University of Michigan Law School.

Mr. Seidman joined Milberg Weiss in 2000 as an associate. He actively engages in the investigation and prosecution of securities litigation on behalf of defrauded investors. Before joining Milberg Weiss, he was an associate with the New York law firm of Orans, Elsen & Lupert LLP for five years, where he was active in both civil and white collar criminal litigation in federal and state courts.

Mr. Seidman is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Northern, Southern, and Eastern Districts of New York.

**ANITA BRASS KARTALOPOULOS** graduated with a B.A. degree from the University of Toledo, with honors in 1974, majoring in classics, and graduated from Seton Hall Law School in 1982, with emphasis on health care law. Ms. Kartalopoulos works primarily in the areas of insurance, consumer fraud, securities and managed care. Before joining Milberg Weiss in 1998, she was in government service in the State of New Jersey, holding several positions including deputy commissioner of insurance for life and health, director of legal regulatory affairs for the Department of Health and Senior Services and executive director of the New Jersey Real Estate Commission.

As deputy commissioner of insurance she managed the New Jersey Insurance Department's Multi-State Task Force investigating the sales practices of the Prudential Insurance Company. She also served on the Board of Directors of MBL Insurance Company as a rehabilitator and managed litigation pursuant to the company's rehabilitation.

Thereafter as director of legal and regulatory affairs for the Department of Health and Senior Services, Ms. Kartalopoulos was responsible for litigation management, the development of all regulations implementing the New Jersey Healthcare statutes, the development and implementation of a streamlined Certificate of Need (CN) law, and the development of stringent prompt payment regulations to ensure that HMO's meet contractual obligations to physicians and ensure the stability of the health care network for the benefit of consumers.

As executive director of The New Jersey State Real Estate Commission, Ms. Kartalopoulos was responsible for implementing consumer disclosure/protection regulations which had been long opposed by the New Jersey real estate industry. She was also responsible for all disciplinary investigations and hearings against realtors, the inspection and registration of out of state land sales marketed in the State of New Jersey, continuing licensing of 84,000 realtors and brokers and the on-going development of real estate regulations. Ms. Kartalopoulos also worked with New Jersey Attorney General Deborah Poritz in the development of Megan's Law.

Prior to government service, Ms. Kartalopoulos specialized in local government law and land use representing a number of municipal governments, planning boards and boards of adjustment. She was responsible for litigation before both the State and Federal Courts, and negotiated significant settlements with the New Jersey Council on Affordable Housing (COAH) for the benefit of low income residents of the State.

Ms. Kartalopoulos was admitted to the bar of New Jersey and the U.S. District Court, District of New Jersey, the same year. She is also admitted to the U.S.

Courts of Appeals for the Federal Circuit and the 3rd Circuit.

**MITCHELL M. BREIT** graduated with a B.A. degree from the University of North Carolina at Chapel Hill in 1972 and received his J.D. degree from Southwestern University School of Law in Los Angeles in 1979.

Mr. Breit serves as co-liaison counsel in cases involving the pharmaceutical product Serzone consolidated in New York Supreme Court. He maintains an active mass tort practice that includes Fen-Phen, Zyprexa, and Vioxx pharmaceutical litigation and consumer class actions involving the banking and boating industries. He was class co-counsel and court-appointed depository custodian in groundwater contamination litigation in the Southern District of New York involving the gasoline additive MTBE. He formerly represented the County of Suffolk, New York and the Suffolk County Water Authority in their claims against the petroleum industry for MTBE contamination. Mr. Breit was also co-counsel in union health and welfare fund tobacco litigation, which included multiple class actions in numerous jurisdictions.

Mr. Breit has been a frequent panelist at Mealey's litigation conferences involving toxic and mass torts and groundwater contamination.

Mr. Breit is a member of the Association of the Bar of the City of New York, where he served on the Art Law Committee, the Committee on State Courts of Superior Jurisdiction, the Committee on Federal Legislation, and currently the Committee on the Judiciary; the Association of Trial Lawyers of America; and the New York State Trial Lawyers Association. Mr. Breit is admitted in New York, New Jersey and Virginia and the U.S. District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Virginia and the U.S. Court of Appeals for the Second Circuit.

**WAI Y. CHAN** graduated from Duke University in 1987 with a B.A. in economics and history. He received his J.D. from Brooklyn Law School in 1994. Mr. Chan is admitted to practice in the courts of the State of New York and the State of New Jersey.

# OF COUNSEL

**PATRICIA M. HYNES** is a trial lawyer and retains her "Of Counsel" status to the firm once known as Milberg Weiss Bershad Hynes & Lerach LLP. Ms. Hynes is continuing her long and distinguished association with the newly named Milberg Weiss Bershad & Schulman LLP, where she specializes in complex securities and commercial litigation. She received her law degree from Fordham Law School where she was a member of the Law Review. Ms. Hynes served as law clerk to Joseph C. Zavatt, Chief Judge of the United States District Court for the Eastern District of New York, and was an Assistant United States Attorney in the Southern District of New York from 1967 to 1982 where she held several executive positions, including Executive Assistant U.S. Attorney.

A Fellow of the American College of Trial Lawyers, Ms. Hynes has taught Trial Advocacy at Harvard Law School, Fordham Law School and the National Institute of Trial Advocacy. Ms. Hynes is a member of the American Law Institute and has served on the Advisory Committee to the Federal Judicial Code Revision Project from 1996 to 2001. Ms. Hynes has been a lecturer for the Practicing Law Institute since 1980 and was Chair of its Civil RICO Program from 1984 to 1991.

Ms. Hynes has been included in the list of Best Lawyers in America since 1993 and more recently has been included in *Who's Who in American Law* and the *Euromoney Guide to the World's Leading Litigation Lawyers*. Ms. Hynes has also been included in *The National Law Journal's* "Profile of America's Top 50 Women Litigators" (December 17, 2001) and its Survey of The Fifty Most Influential Women Lawyers in America (March 30, 1998). In 2004, Ms. Hynes received a special award from The Legal Aid Society of New York for her work as Chair of the Board of Directors in successfully restructuring the Society.

In March, 2005, Ms. Hynes received The Simon H. Rifkind Award from The Jewish Theological Seminary "for demonstrated commitment to the letter of the law and for distinguished public service." In April, 2005, Ms. Hynes was the recipient of the William M. Tendy Award for Public Service presented by the Robert B. Fiske Association. In June, 2005, Ms. Hynes received

The Joan L. Ellenbogen Award from The New York Women's Bar Association.

Presently, Ms. Hynes chairs the Merit Selection Panel for Magistrate Judges for the Southern District of New York and since December, 2003, has been Chair of the Board of Directors of The Legal Aid Society. Ms. Hynes also serves as a member of the Second Circuit Court of Appeals Rules Committee and has served as a member of the Planning and Program Committee for the Judicial Conference of the Second Circuit from 1998 to 2001. Ms. Hynes recently has been appointed a member of The Departmental Disciplinary Committee of the Appellate Division of the Supreme Court, First Judicial Department. From 1994 through 2001, Ms. Hynes served as a member of the Mayor's (Giuliani) Advisory Committee on the Judiciary.

Ms. Hynes served as Chair of the American Bar Association's Standing Committee on the Federal Judiciary from July 2000 to August 2001, having previously served as the Second Circuit Representative on that Committee from 1995 to June 2000. Ms. Hynes served as a member of the ABA's Commission on the 21st Century Judiciary (2002-2003). Ms. Hynes has also served as a member of the ABA's Litigation Section Council (1989-1992) and was Chair of the Litigation Section's Securities Litigation Committee (1987-1989); Co-Chair of its Pre-Trial Practice and Discovery Committee (1992-1994) and has served as a member of the Litigation Section's Task Force on Civil Trial Practice Standards. Ms. Hynes also is a Fellow of the American Bar Foundation.

An active member of the Association of the Bar of the City of New York, Ms. Hynes served as Chair of its Federal Courts Committee from 1992 to 1995 and was a member of its Executive Committee from 1984 to 1988. From 1982 to 1984, Ms. Hynes served as Secretary of that organization. Ms. Hynes has also served as a Vice President of the Federal Bar Council from 1996 to 2002 and previously served on its Board of Trustees from 1983 to 1991.

In July of 2002, Ms. Hynes was appointed a member of the New York City Charter Revision Commission by Mayor Michael R. Bloomberg. In March, 2002, Ms. Hynes was appointed a member of the Administrative Board for the Offices of the Public Administrator by Chief Administrative Judge Jonathan L. Lippman. In February, 2000, Ms. Hynes was appointed a member of the New York State Commission on Fiduciary Appointments by Chief Judge Judith S. Kaye of the New York Court of Appeals. From 1987 to 1990, Ms. Hynes served as a member of the New York State Commission on Government Integrity having been appointed by Governor Mario Cuomo and from 1981 to 1982 was a member of the New York State Executive Advisory Committee on the Administration of Justice having been appointed by Governor Hugh L. Carey.

**JARED SPECTHRIE** graduated from Harvard College with honors in 1954 having majored in economics. After four years as a deck officer in the United States Coast Guard, he received a M.B.A. degree in accounting from Rutgers University in 1959, graduating first in his class. He is a Certified Public Accountant in the State of New York and practiced accounting for several years with a major auditing firm. He was graduated from New York Law School in 1965, *summa cum laude*, where he was first in his class and valedictorian. He was admitted to the Bar in New York State in 1965, and is admitted to practice before the U.S. District Court in the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Fifth Circuits. He has served on the faculty of New York Law School and has lectured on "Accountants' Liability" for the Practising Law Institute. He has been engaged in the full-time practice of law since 1965 and has specialized in federal securities law litigation for the past several years. Mr. Specthrie was lead counsel in *In re Viatron*, MDL 138 (D. Mass.), where aggregate settlements exceeding $15 million were obtained after several months of trial and a jury verdict on liability.

**SOL SCHREIBER** received a B.A. degree, *cum laude*, in 1952 from the City College of New York, and his LL.B. degree from Yale Law School in 1955.

From 1971 through 1978, Mr. Schreiber was a United States Magistrate Judge in the United States District Court for the Southern District of New York where he conducted more than 1,500 criminal and 3,500 civil pretrial hearings and settled approximately 1,000 civil cases. In addition to trying numerous civil and criminal cases, Mr. Schreiber supervised pretrial practice in derivative, class and complex actions in the admiralty, antitrust, aviation, securities, directors' and officers' and product liability fields, including *Berkey v. Kodak*, *Litton v. ATT*, the *Penn Central Commercial Paper Litigation*, the *New York Times* and *Readers' Digest* gender discrimination, the Argo Merchant-Nantucket stranding, and the Tenerife 747 collision cases.

From November 1978 to January 1982, when he joined Milberg Weiss, Mr. Schreiber served as the President and Chief Executive Officer of a unit of the Federation of Jewish Philanthropies of New York which provided centralized legal, risk management and insurance services for the Federation's hospitals, homes for the aged, and health, education and community service agencies. He was Trial Counsel from 1955 through 1971 and Resident Counsel from 1966 through

1971 of the Brooklyn office of Liberty Mutual Insurance Co.

Mr. Schreiber has been a participant in numerous special project committees for the American Bar Association and the Second Circuit. From 1960 to present, Mr. Schreiber has been the Planning and Program Chairman of more than 125 national programs including ALI-ABA and PLI Continuing Professional Education national courses of study on evidence, civil practice and employment discrimination litigation in federal and state courts. He has been a frequent lecturer at professional programs and workshops on federal and state court civil procedure, federal and state court trial evidence and federal criminal practice and procedure. Mr. Schreiber was a reporter for the ABA Advocacy Task Force (1970-1971), which led to the formation of the National Institute for Trial Advocacy.

From 1972 to 1987, he served as an adjunct professor at Fordham Law School teaching courses in trial advocacy, product liability, mass torts and insurance disputes. He has been editor for more than 40 CLE course handbooks and major publications on civil practice and litigation, including ALI-ABA's three-volume *Civil Practice Guide, Litigation in Federal and State Courts* (8th ed. 1998). Mr. Schreiber is a member of the Board of Editors, *Moore's Federal Practice* (2d ed.).

Presently, Mr. Schreiber is Court-Appointed Special Master in *Marcos Human Rights Litigation*. He was Special Master in the Pan American Lockerbie cases, the *Agent Orange Litigation* (March 1982-January 1984), and a series of other complex federal civil cases.

Mr. Schreiber was Judicial Member, Anglo American Exchange on Civil Procedure (March 1974), and Hearing Officer, N.Y. State Master Energy Plan (fall 1979). He is the recipient of the Francis Rawle Award for outstanding achievements in post-admission legal education (ALI-ABA, July 1985) and the Presidential Award, Legal Aid Society (November 1984). Mr. Schreiber is also the founder and co-chair of the Ovarian Cancer Research Fund, Inc.

Mr. Schreiber is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York and the American Law Institute. He is admitted to the bar of the State of New York, to the United States District Courts for the Southern and Eastern Districts of New York and to the Second Circuit Court of Appeals.

**RICHARD M. MEYER** is a graduate of Yale University and a 1958 graduate of Yale Law School, where he was a member of the Board of Editors of the *Yale Law Journal*. Mr. Meyer served as a trial attorney in the United States Department of Justice for two years and as special counsel to the Securities and Exchange Commission for four years. He was a partner with the firm of Pomerantz Levy Haudek & Block from 1970 to April 1980, when he joined Milberg Weiss.

Mr. Meyer is the author and co-author of several law review articles, including "The Social Utility of Class Actions," 42 *Bklyn. L. Rev.* 189 (1975), and has spoken at numerous forums under the auspices of groups such as the American Bar Association, American Law Institute, Practising Law Institute, the Association of the Bar of the City of New York, the Center for the Study of Financial Institutions of the University of Pennsylvania, Columbia University and the Bureau of National Affairs.

Mr. Meyer is admitted to practice in the courts of the State of New York, the Courts of Appeals for the First, Second, Third, Fourth, Sixth, Seventh and Ninth Circuits, and the U.S. Supreme Court.

**PAUL D. YOUNG** received his B.A. *magna cum laude* from Yale University in 1981. He was elected to Phi Beta Kappa and granted with distinction in the history major. As a Fulbright Scholar, he studied at the Universitaet Bielefeld, Germany from 1981 to 1983. He graduated from Columbia University School of Law in 1986, where he was named a Harlan Fiske Stone Scholar.

Selected published decisions: *In re APAC Teleservices, Inc. Securities Litigation*, No. 97 Civ. 9145 (BSJ), 1999 U.S. Dist. LEXIS 17908 (S.D.N.Y. Nov. 19, 1999); *In re Ashanti Goldfields Securities Litigation*, 184 F. Supp. 2d 247 (E.D.N.Y. 2002); *In re Ashanti Goldfields Securities Litigation.*, No. 00 CV 717 (DGT)(RML), 2003 U.S. Dist. LEXIS 724, (E.D.N.Y. Jan. 7, 2003); *Berwecky v. Bear, Stearns & Co.*, 197 F.R.D. 65 (S.D.N.Y. 2000); *Dorchester Investors v. Peak International Limited*, 134 F. Supp. 2d 569 (S.D.N.Y. 2001); *Dorchester Investors v. Peak TrENDS Trust*, No. 99 Civ. 4696 (LMM), 2002 U.S. Dist. LEXIS 3067 (S.D.N.Y. Feb. 26, 2002); *Dorchester Investors v. Peak TrENDS Trust*, No. 99 Civ. 4696 (LMM) (FM), 2003 U.S. Dist. LEXIS 1446 (S.D.N.Y. Feb. 3, 2003); *In re General Instrument Corp. Securities Litigation*, No. 96 C 1129, 2000 U.S. Dist. LEXIS 17078 (N.D. Ill. Nov. 22, 2000); *Hunt v. Alliance North American Government Income Trust, Inc.*, 159 F.3d 723 (2d Cir. 1998); *Lipinski v. Skinner*, 781 F. Supp. 131 (N.D.N.Y. 1991); *In re MTC Electronic Technologies Shareholder Litigation*, 898 F. Supp. 974 (E.D.N.Y. 1995); *In re MTC Electronic Technologies Shareholder Litigation*, 993 F. Supp. 160 (E.D.N.Y. 1997); *Olczyk v. Cerion Technologies, Inc.*, 721 N.E.2d 732; (Ill. App. Ct. 1999); *Siemer v. Associates Financial Services.*, No. CV-97-281-TUC-JC (JMR), 1999 U.S. Dist. LEXIS 22784, (D. Ariz. July 23, 1999); *Siemer v. Associates First Capital Corp.*, No. CV

97-281 TUC JMR (JCC), 2001 U.S. Dist. LEXIS 12810 (D. Ariz. Mar. 30, 2001); *Siemer v. Associates First Capital Corp.*, No. CV 97-281-TUC-JC (JMR), 2000 U.S. Dist. LEXIS 21244, (D. Ariz. Dec. 14, 2000). He was a guest lecturer on predatory lending at the annual meetings of the NAACP in July 2001 and July 2002.

Mr. Young is a member of the New York City Bar Association. Mr. Young is admitted to practice before the United States District Court for the Southern, Northern and Eastern Districts of New York and the United States Courts of Appeals for the First, Second, Fourth, Fifth and Seventh Circuits and the United States District Court for the District of Arizona.

## HONORABLE GERI D. PALAST, Of Counsel

to Milberg Weiss Bershad & Schulman, is a Root-Tilden Public Service Law Scholar from New York University School of Law, and an honors graduate of Stanford University. Ms. Palast directs the Firm's program reaching out to institutional investors in areas of litigation, policy and public affairs. Formerly, she was the founder and executive director of the Justice at Stake Campaign, a national organization working to ensure fair and impartial courts. From 1993-2000, she was confirmed by the U.S. Senate to serve as Assistant Secretary of Labor for Congressional and Intergovernmental Affairs during President Clinton's two terms under Labor Secretaries Robert Reich and Alexis Herman. She also served on the President's Interagency Council on Women, where she chaired the Committee on Women in the Global Economy. The Committee monitored U.S. compliance with the Beijing Platform for Women. She was a member of the U.S. delegation to Women 2000 at the United Nations. Her focus was the impact of globalization on women.

Prior to joining the Clinton Administration, Ms. Palast was the Political and Legislative Director of Service Employees International Union, 1981-1993. In 1979, she established and ran the Washington office of the National Employment Law Project, a program of the Legal Services Corporation. Earlier in her career, she worked for the National Treasury Employees Union and AFSCME (American Federation of State County and Municipal Employees).

Throughout her career, Ms. Palast has organized and directed numerous broad-based national and grassroots legislative and issue campaigns. She founded and co-chaired the bipartisan coalition that was responsible for enacting the landmark Family and Medical Leave Act. As Assistant Secretary, she was a leader in the successful policy and legislative efforts to enact the minimum wage increase, the Workforce Investment Act—the overhaul of the nation's employment and training system, Welfare to Work, School to Work, and the historic congressional

ratification of the International Labor Organization (ILO) international convention against abusive child labor. She worked on numerous pension reform legislative and regulatory matters. She has also been a strategic adviser to many electoral campaigns.

Ms. Palast has served on numerous boards and advisory committees. She has also lectured at colleges and universities. Ms. Palast is admitted to practice in the District of Columbia, and she is an inactive member of the California State Bar.

## DEBORAH M. STURMAN received a *Prix d'*

*Excellence* from the Royal Brussels Conservatory and a J.D. degree from the University of California at Los Angeles School of Law.

Ms. Sturman conceived of, and, together with senior partner Melvyn Weiss, filed the first suits in United States courts on behalf of Holocaust-era slave labor victims, leading to recoveries of approximately $7 billion. She has been profiled in both *The Wall Street Journal* and *Financial Times* for her innovative lawyering and regularly appears as a legal commentator in the German, Dutch, French, Swiss and Belgian media as well as on numerous international and national Continuing Legal Education panels for complex and international litigation.

Since the early 1990's, Ms. Sturman has represented Holocaust survivors and their heirs seeking restitution of real property in the former East Germany "Aryanized" during World War II, and assisted European investors in connection with their United States investments. She is fluent in German and Dutch/Flemish and conversant in French and Italian.

Ms. Sturman is admitted to the bar of California, and the Supreme Court of the State of California. She is also admitted to the Federal Circuit Court of Appeals, the U.S. Court of Appeals, Second Circuit, the U.S. District Court for the District of Columbia, and the U.S. District Courts for the Southern and Eastern Districts of New York.

## DAVID K. BERGMAN graduated with a B.A.

degree in American studies from Brandeis University in 1986. He earned a J.D. degree from Brooklyn Law School in 1989. Mr. Bergman practices primarily in the field of class action securities fraud and spends a large percentage of his time representing Milberg Weiss as a liaison with public funds and other institutional investors. Mr. Bergman is regularly sought out as a speaker on a wide variety of topics relating to, among other things, securities fraud, myriad facets of corporate governance, and the fiduciary duties of a pension fund trustee. Mr. Bergman has served as lead and co-lead counsel in numerous securities fraud class actions, and

has extensive experience representing investors and other claimants in the arbitration process.

Prior to joining Milberg Weiss, Mr. Bergman also concentrated in the field of professional responsibility and ethics, serving as chief complex claims counsel for the New York State Bar in high exposure cases against lawyers and law firms all across New York State, where he also lectured on issues relating to professional responsibility and legal ethics, and served in various capacities on a number of professional responsibility committees and panels. Immediately prior to joining Milberg Weiss, Mr. Bergman was a principal in Frydman & Bergman, where he represented investors in arbitrations, securities fraud class actions and shareholder derivative actions. Mr. Bergman also served as an appellate advocate for numerous law firms, in both New York State and the United States Court of Appeals. He is admitted to practice in all Federal, State and Appellate Courts in New York.

**REUBEN A. GUTTMAN** graduated from the University of Rochester in 1981 where he received a B.A. degree in history. He graduated from Emory University Law School in 1985 where he received a J.D. degree.

Mr. Guttman's practice involves complex litigation and class actions. He has represented clients in claims brought under the Federal False Claims Act, the Price Anderson Act, Department of Energy (DOE) statutes and regulations, securities laws, the WARN Act, RICO, and various employment discrimination, labor and environmental statutes. He has also litigated claims involving fraud, breach of fiduciary duty, antitrust, business interference and other common law torts.

Mr. Guttman has been counsel in cases generating some of the largest recoveries under the Federal False Cases Act including *U.S. ex rel Johnson* where over $300 million was recovered from the oil industry. He also served as lead counsel in a series of cases which resulted in the recovery of more than $30 million under the Federal Fair Labor Standards Act. Litigation brought by Mr. Guttman on behalf of nuclear weapons workers at "Manhattan Project" nuclear weapons sites resulted n congressional oversight and changes in procurement and sales practices.

Mr. Guttman's publications include: "The False Claims Act: Holding Employers Accountable For Workplace Rights" (co-author, *Employee Rights Quarterly*, Aspen, Fall 2000); "The Dormant Commerce Clause and Interstate Transportation of Waste," University of Pennsylvania, *Journal of Resource Management and Technology*, June 1993; "Impact of OSHA Bloodbourne Disease Rule," *Medical Waste*, Vol. 1, No. 1, Oct. 1992; "Supreme Court Holdings Benefit

Landfill and Incinerator Operators," *Medical Waste*, Vol. 1, No. 3, Dec. 1992; "Supreme Court Upholds Preemptive Powers of OSHA Act," *Medical Waste*, Vol. 1, No. 4, Jan. 1993; "EPA Dialogue May Result in Rules for Commercial Buildings," 2 *Nat'l Journal of Asbestos in Buildings Litigation*, 13, 1989; "The Asbestos Model: Labor and Citizens Groups and a Multi-Pronged Approach to Regulatory Change," paper first presented at the Annual Meeting of the American Political Science Association, Chicago, Ill., Sept. 1, 1987; published as a chapter in *Conflict Resolution and Public Policy*, edited by Miriam K. Mills, Greenwood-Quorum Press, October 1990; "At Issue: Should Congress Pass Legislation That Would Extend The Asbestos Hazard Energy Response Act To All Public and Commercial Buildings," *Congressional Quarterly's Editorial Research Reports*, Vol. 1, No. 9, 1990; "Representation Campaigns and the Future of Labor: a Legal and Theoretical Perspective," paper presented at the Annual Meeting of the Midwest Political Science Association, Chicago, Ill., April 4, 1988. Consulting Editor: *The Regulatory Analyst: Medical Waste*, a monthly publication, Warren Gorham Lamont, New York, N.Y., 1992-1994. Chapter Author and Advisory Board Member, "Environmental Management in Healthcare Facilities," W.B. Saunders Company, April 1998.

Mr. Guttman has appeared on ABC National News and CNN, and has been quoted in major publications, including the *Wall Street Journal* and various national wire services.

In addition to his writings, Mr. Guttman has testified on environmental issues before committees of the United States House of Representatives and the United States Senate, and in 1992 advised President-elect Clinton's transition team on labor policy. He has been an invited speaker on privatization and procurement issues at conferences sponsored by the United States Department of Energy (Oakland, California, 1997; Denver, Colorado, 1995). He was also invited to speak on employment discrimination by the Houston Regional Office of the United States Equal Employment Opportunity Commission (EEOC) at its Fall 1998 Technical Conference in Beaumont, Texas. He has guest lectured at Swarthmore College, University of Pennsylvania, Johns Hopkins University, and The George Washington University.

Mr. Guttman is a founding member of the Association of Trial Lawyers of America (ATLA) Qui Tam Litigation Group and was a featured speaker on the False Claims Act at the ATLA 2001 Annual Convention in Montreal, Canada. Mr. Guttman is admitted to practice law in Georgia (admitted in 1985), the District of Columbia (admitted in 1988), Pennsylvania (admitted in 1991) and New Jersey (admitted in 1991).

**Ruby Menon** graduated from Indiana University with a B.A. degree in journalism/English. She also received her J.D. degree from Indiana University.

Ms. Menon focuses primarily on providing services to public pension funds, employee benefit plans, foundations and endowments. She formerly served as the first general counsel of the Denver Employees' Retirement Plan. Prior to that, she was the general counsel for the Indiana Public Employees' Retirement Fund. At Indiana, one of her successful projects was to help develop the legal strategy and advocacy for the State's Referendum lifting the long-standing prohibition on the pension funds' investment in equity instruments.

As general counsel for two large multi-employer retirement plans for over 10 years, Ms. Menon developed expertise in many areas of employee benefits administration including legislative and regulatory affairs, investments, tax, fiduciary compliance and plan administration. She provided day-to-day legal advice to the Board and staff, and was responsible for drafting all legislative initiatives

involving benefit and investment structure enabling the retirement plans to provide secure long-term benefits for State, public safety, and municipal employees.

Ms. Menon also served as a deputy prosecuting attorney for the Marion County Prosecutor's Office in Indianapolis, IN. In addition she was an adjunct professor for the Indiana Wesleyan University in Indianapolis, IN where she taught Business Law, Ethics and Business Communications.

She is currently an instructor for the International Foundation of Employee Benefit Plan's certificate training program (CAPPP™) for trustees, administrators and other key decision makers of employee benefit plans. She frequently participates as a speaker for various organizations serving U.S. and international public pension plans.

Ms. Menon is admitted to practice in the courts of the States of Indiana and Colorado, as well as the United States District Courts for the Northern and Southern Districts of Indiana, the Colorado District Court, the United States Courts of Appeals for the Seventh and Eleventh Circuits, and the U.S. Supreme Court.

## SPECIAL COUNSEL

**James M. Shaughnessy** graduated *cum laude* from Adelphi University in 1967 with a B.A. degree in political science and *cum laude* from New York University School of Law in 1969. While at N.Y.U., Mr. Shaughnessy was elected to the Order of the Coif, was the administrative director of the moot court program, and, upon graduation, received the Benjamin F. Butler Award for scholarship and outstanding service to the law school.

Mr. Shaughnessy joined the firm of Casey, Lane & Mittendorf in New York City as a litigation associate in 1969 and became a litigation partner at that firm in 1976. In 1982, Mr. Shaughnessy joined the firm of Haythe & Curley as a litigation partner, and he was the managing partner of the firm for two years. In 1987, Mr. Shaughnessy joined the firm of Windels, Marx, Davies & Ives (now known as Windels, Marx, Lane & Mittendorf, LLP) as a litigation partner. He was the chairman of the Windels, Marx Litigation Department from 1988 through 1998, and was a member of the firm's Executive Committee from 1990 to 1992. Mr. Shaughnessy joined Milberg Weiss in 2001.

Over the course of his career, Mr. Shaughnessy has specialized in commercial, securities, insurance, aviation and bankruptcy litigation. Mr. Shaughnessy was lead defense counsel for Pan American World Airways, Inc. in *In re Air Disaster at Lockerbie, Scotland on December 21, 1988*, M.D.L. 799 (TCP) (E.D.N.Y.), and tried that case on behalf of Pan Am to a jury for three months.

Mr. Shaughnessy is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and Federal Bar Council. Mr. Shaughnessy is admitted to practice in New York, California and New Jersey as well as before the United States Supreme Court, the United States Courts of Appeals for the Second, Fifth and Ninth Circuits, the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York, the Southern District of California and the District of New Jersey, and the United States Tax Court.

## ASSOCIATES

**ARIEL ACEVEDO** earned a B.B.A. degree from Baruch College of the City College of New York in 1991 and his J.D. degree from Fordham University School of Law in 1995. During and after college, Mr. Acevedo was employed as a financial analyst at various brokerage firms and in the banking industry. Prior to joining Milberg Weiss, Mr. Acevedo was employed at a large international law firm in New York, representing and counseling various multi-national corporations in complex, products liability litigation in the United States and other countries. At Milberg Weiss, Mr. Acevedo has represented numerous plaintiffs in employment discrimination litigation in federal and state courts. Additionally, he has participated in the negotiation of settlement agreements in securities actions, including *In re Clarus Corporation*, *In re Hamilton Bancorp*, and *In re UniCapital Corporation.*

Mr. Acevedo is admitted to practice in the courts of the States of Florida and New York, as well as the United States District Courts for the Southern and Middle Districts of Florida and the Eastern and Southern Districts of New York.

**ROBERT R. ADLER** earned a B.S. degree with honors in psychology in 1991 from Union College and his J.D. degree from Thomas M. Cooley Law School in 1996, where he was a member of the *Thomas M. Cooley Law Review* from 1995-1996. While a law student, Mr. Adler was the recipient of three book awards for having earned the highest grade in the class in: "Lawyering Before Trial," 1995; "Trial Workshop," 1996; and "Workers Compensation," 1996. As a law student, he also authored "Estate of C.W.: A Pragmatic Approach to the Involuntary Sterilization of the Mentally Disabled," *Nova Law Review*, Spring 1996, Volume 20, Number 3.

As a practicing attorney, Mr. Adler was awarded "Pro Bono Attorney of the Month," by the 15th Circuit Pro Bono Committee, South County Bar Association, in the Summer of 1999.

Mr. Adler's practice areas include securities class action litigation and commercial litigation. He has obtained tens of millions of dollars worth of recoveries on behalf of defrauded investors against their stockbrokers, their broker-dealers, and issuers during his career as a securities litigator.

His involvement as co-lead counsel in *In re Sunbeam Securities Litigation* helped shareholders recover an aggregate settlement of $140 million. That settlement included $110 million from Arthur Andersen, representing the then second largest securities class action settlement ever obtained against an accounting firm. Other cases in which Mr. Adler achieved notable recoveries include: *In re Phoenix International Securities Litigation* (helped procure settlement of $4.22

million); lead counsel in *In re Harbinger Corp. Securities Litigation* (helped obtain settlement of $2.25 million); co-lead counsel in *In re Insurance Management Solutions Group, Inc. Securities Litigation* (helped obtain settlement of $2.1 million); co-lead counsel in *PSINet Inc. Securities Litigation* (helped recover $18.7 million settlement); co-lead counsel in *Cheney v. CyberGuard Corporation, et al.*, (helped recover $10 million settlement).

Mr. Adler is admitted to practice law in the state of Florida, U.S. District Court, Southern District of Florida, U.S. District Court, Middle District of Florida, and the Eleventh Circuit.

**PAUL J. ANDREJKOVICS** graduated from Union College in 1992, Phi Beta Kappa, *magna cum laude*, with a B.A. degree in political science. In 1995, Mr. Andrejkovics received his J.D. degree from Albany Law School. He was admitted to the New York State Bar in 1996.

**ROBERT R. BARRAVECCHIO** earned his B.S. degree in industrial and labor relations from Cornell University in 1995. He earned his J.D. degree from New York Law School in 1998.

Mr. Barravecchio focuses his practice on class actions on behalf of defrauded investors and consumers. He also has extensive litigation experience with regard to civil rights and employment discrimination actions where he has obtained significant settlements on behalf of victims of employment discrimination. Additionally, Mr. Barravecchio currently is part of the litigation team prosecuting actions against numerous mutual fund companies for charging excessive fees to mutual fund investors.

Mr. Barravecchio is a member of the Pro Bono Mediation Panel for the Southern District of New York and the New York State Bar Association. His published decisions include: *Joseph v. New York Yankees Partnership*, 2000 U.S. Dist. LEXIS 15417 (S.D.N.Y. October 19, 2000) and *Wilson v. Toussie*, 2003 U.S. Dist. LEXIS 23756 (E.D.N.Y. October 8, 2003).

Mr. Barravecchio was admitted to the bar of the State of New Jersey in 1998 and is admitted to practice before the United States District Court for the District of New Jersey. He was also admitted to the bar of the State of New York in 1999, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**ELIZABETH A. BERNEY** graduated with honors from Cornell University in 1975 with a B.S. degree in industrial and labor relations. She received her J.D. degree from the University of Chicago Law School in 1978. Ms. Berney previously worked as an associate at

Dewey Ballantine in the tax and municipal bonds fields (where she obtained the tax exemption rulings for the bonds that financed the Intrepid Museum's construction and spoke on television regarding municipal bond issues); as in-house counsel at Queens College (CUNY); as a litigation associate at Gilbert, Segall and Young (now part of Holland & Knight) specializing in cases involving foreign governments; and in her own legal and literary practice. She was involved in the Holocaust assets litigation against German and Swiss banks; negotiated computer software agreements for large software manufacturers; and represented notables such as Marcel Marceau, the Upton Sinclair estate, the author of the controversial book, *Son of Sam*, and the Poetry Society of America in publishing matters. She also appeared on a German television documentary, and was a speaker/panelist for the Women's National Book Association.

Ms. Berney joined Milberg Weiss in the spring of 2000 as a senior associate. She has been an active member of the Firm's litigation teams for various cases including *Firestone Tire / Ford Explorer*, *Enron*, and *Xerox*. Ms. Berney is a member of the Federal Bar Council. She is also an avid amateur violinist. As an undergraduate, she served as concert mistress of the Cornell Symphony Orchestra, and while in law school, was a violinist with the Chicago Civic Orchestra. More recently, she has been a first violinist in local orchestras such as the New York City Bar Association Lawyers' Orchestra and COSMOS (Chamber Orchestra of Medicine and Science).

Ms. Berney gave a guest lecture to Cardozo Law School's ethics class in February 2004 on the topic, "Ethics of Class Action Representation and Fees." She is Melvyn I. Weiss's co-author for the recent article, "Restoring Investor Trust in Auditing Standards and Accounting Principles," which appeared in the *Harvard Journal on Legislation* (Winter 2004). She is currently working on an article on confidentiality with Sol Schreiber.

Ms. Berney is admitted to practice in the courts of the States of New York and Pennsylvania, as well as the United States District Courts for the Southern and Eastern Districts of New York, the U.S. Tax Court, and the U.S. Claims Court.

**BRUCE D. BERNSTEIN** graduated from the University of Vermont in 1994 with a B.A. degree. In 1997, he earned his J.D. degree from The George Washington University Law School. Mr. Bernstein is a member of the New York County Lawyers Association and the American Bar Association. He is admitted to the New York State Bar and is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York.

**ROSS BROOKS** earned his B.A. degree from Cornell University in 1992, *cum laude*, and his J.D. degree from the University of Chicago Law School in 1997. Mr. Brooks' practice is focused primarily on class actions brought on behalf of defrauded investors and consumers. Prior to joining Milberg Weiss in 2003, Mr. Brooks worked as an associate with law firms in New York and New Jersey, concentrating in the areas of commercial litigation and intellectual property.

Mr. Brooks is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

**LISA L. COGAN** earned her B.A. degree in liberal arts from Xavier University in 1996. She earned her J.D. degree from Salmon P. Chase College of Law in 2000.

Ms. Cogan focuses her practice on class actions on behalf of defrauded investors and consumers, as well as complex litigation and employment discrimination. She primarily represents mutual fund investors in actions involving the improper market timing and late trading of mutual fund shares in *In re Mutual Funds Investment Litigation*, MDL. No. 1586 (D.Md.), and in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions. Ms. Cogan was also an integral part of the team representing shareholders in the Disney Shareholder Litigation being tried in the Delaware Court of Chancery.

Ms. Cogan was admitted to the the bar in the State of Kentucky in 2001 and is admitted to practice in the United States District Court for the Eastern District of Kentucky. She was also admitted to the bar of the State of New Jersey in 2003 and is admitted to practice before the United States District Court for the District of New Jersey.

**JENNIFER S. CZEISLER** graduated from Hofstra University in 1994 with a B.A. degree in psychology. After completing graduate degree work at Hunter School of Social Work (1994-95), she pursued a J.D. degree, which she earned in 1999 from the University of Miami School of Law, where she graduated *cum laude*. Ms. Czeisler was on the editorial board of the *Law Review of Psychology, Public Policy & Law* and earned numerous awards, including the Cali Excellence for the Future Award, Dean's Certificate of Achievement Award and membership in the Phi Delta Phi National Honor Society. Ms. Czeisler is admitted to practice in the State of New York and is a member of the American Bar Association, where she is committed to her pro bono

work with the American Bar Association Commission on Legal Problems of the Elderly.

**DAN P. DIETRICH** graduated from the University of Florida in 1997 with a double major in finance and management. He earned his M.B.A. degree in finance from the University of Miami in 2000 and his J.D. degree from St. John's University School of Law in 2003. While at St. John's, Mr. Dietrich was the Editor-in-Chief of the *New York International Law Review.*

Mr. Dietrich focuses his practice primarily on class actions on behalf of defrauded investors and shareholders, as well as complex litigation. He currently represents shareholders in actions against various mutual fund families in which Milberg Weiss has been appointed sole lead counsel, including *In re Goldman Sachs Fee Litigation* (S.D.N.Y.) and *In re Dreyfus Fee Litigation* (W.D. Pa.).

Mr. Dietrich is a member of the New York State Bar Association and the American Bar Association. He is admitted to the bar of the State of New York and the State of Florida.

**MICHAEL EISENKRAFT** graduated Magna Cum Laude with honors from Brown University in 2001, where he double-majored in history and comparative politics and was elected to Phi Beta Kappa. In 2004, Mr. Eisenkraft graduated Cum Laude from The Harvard Law School. Mr. Eisenkraft joined Milberg Weiss in 2004, after working as a summer associate for the firm after his first and second years of law school. Prior to joining Milberg Weiss, Mr. Eisenkraft spent the summers before law school working with the Vera Institute For Justice's Adolescent Portable Therapy Project and the Neighborhood Defender Service of Harlem.

Mr. Eisenkraft focuses his practice primarily on class actions on behalf of defrauded investors and consumers, as well as complex commercial litigation and mass torts. Mr. Eisenkraft was admitted to the New Jersey State Bar in 2004 and the New York State Bar in 2005.

**NEIL R. FRASER** graduated from the University of Massachusetts, Amherst in 1989 with a B.A. degree in political science. In 1992, he received his J.D. degree from Whittier Law School. While in law school, Mr. Fraser externed for the Hon. Vincent P. Zurzolo, United States Bankruptcy Judge for the Central District of California.

Mr. Fraser focuses his practice in the areas of securities, mass torts and employment discrimination. He is currently one of the attorneys litigating on behalf of the plaintiffs in the recently certified class action alleging employment discrimination at the Jacob K. Javits Convention Center, *Cokely, et al. v. NYCCOC, et al.* (S.D.N.Y.). In the mass torts practice, Mr. Fraser is a

key part of the team representing over 330 individuals relating to injuries they sustained by their ingestion of the diet drug combination known as Fen-Phen in *In re Diet Drug Litigation Venued in Bergen County.* In securities, he worked on the successfully resolved *In re Racing Champions Securities Litigation* (N.D. Ill.) and is currently a member of the team handling the landmark *In re IPO Securities Litigation,* alleging various forms of market manipulation.

Mr. Fraser is admitted to practice in New York, New Jersey and the U.S. District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey.

**SUSAN M. GREENWOOD** graduated *cum laude* from Cornell University in 1994 with an A.B. degree in history. She earned her J.D. degree from the University of Pennsylvania Law School in 1997. Ms. Greenwood was admitted to the New York State Bar and the New Jersey State Bar in 1998. In 2000, she was admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**SHANNON HOPKINS** earned her B.A. degree from Bryant College in 1995, *cum laude,* and her J.D. degree from Suffolk University Law School in 2003, *magna cum laude.* Ms. Hopkins focuses her practice on class actions on behalf of defrauded investors. Prior to joining Milberg Weiss, she was associated with the Boston office of Berman DeValerio Pease Tabacco Burt & Pucillo, where she focused her practice on securities litigation. Ms. Hopkins is also a Certified Public Accountant and worked for a major public accounting firm before becoming an attorney. During law school, Ms. Hopkins was a member of the *Journal of High Technology* and authored a note entitled, "Cybercrime Convention: A Positive Beginning to a Long Road Ahead," 2 J. *High Tech.* L. 101. Ms. Hopkins also served on the executive board of Phi Delta Phi.

Ms. Hopkins is admitted to practice in the courts of the States of Massachusetts and New York, as well as the United States District Court for the District of Massachusetts.

**JENNIFER K. HIRSH** graduated from Brown University in 1987 with a B.A. degree in history. She spent a year studying history at University College London. In 2001, she earned her J.D. degree from Benjamin N. Cardozo School of Law, where she was Senior Articles Editor of the *Journal of Comparative and International Law.* Ms. Hirsh is a member of the New York Bar.

**CHRISTOPHER S. JONES** received his B.A. degree in economics *cum laude* from the University of Akron in 1991, and his J.D. degree from DePaul University College of Law in 1996.

Since joining Milberg Weiss, Mr. Jones' practice has focused on securities class action litigation, corporate derivative litigation, and consumer class action litigation. Along with his colleagues, his securities class action victories and settlements include *In re Hamilton Bancorp Secs. Litig.*, 194 F. Supp. 2d 1353 (S.D. Fla. 2002) (defeating motions to dismiss; $8.5 million settlement), In re UniCapital Corp. Secs. Litig., Case No. 00-2054 (S.D. Fla. 2002) (defeating corporation's motion to dismiss; $5.2 million settlement), *In re Mirant Secs. Litig.*, Case No. 1:02-CV-1467 (N.D. Ga. 2003) (defeating motions to dismiss; case pending); *In re Intercept Secs. Litig.*, Case No. 1:03-CV-567 (N. D. Ga. 2004) ($5.5 million settlement), *In re AES Secs. Litig.*, Case No. 1:03-CV-284 (S.D. In. 2004) ($5 million settlement), *In re Tropical Sportswear Int'l Secs. Litig.*, 2005 U.S. Dist. LEXIS 6129 (M.D. Fla. 2005) (defeating motions to dismiss; case pending), and *In re Catalina Mktg. Corp. Secs. Litig.*, 2005 U.S. Dist. LEXIS 6107 (M.D. Fla. 2005) (defeating motions to dismiss; case pending)

Mr. Jones also has extensive experience in prosecuting corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included a victory on the defendants' motions to dismiss (*see Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. Jan. 20, 2004)), eight FPL executives, and their insurer, returned $22.25 million dollars in compensation to the company. The settlement represents a groundbreaking recovery, standing as one of the largest amounts of money ever returned to a public company by members of its management in an executive compensation type lawsuit.

Mr. Jones is a member of the Firm's Technology Committee. In 2005, Mr. Jones was admitted to the Georgia State Bar.

**TODD KAMMERMAN** received his B.A. degree *cum laude* with honors in politics from Brandeis University in 1999. In 2002, he received his J.D. degree from the Benjamin N. Cardozo School of Law. While at Cardozo, Mr. Kammerman was named an Alexander Fellow, through which he worked as a judicial intern in the chambers of the Honorable Joseph A. Greenaway, Jr., U.S.D.J. in Newark, NJ. Mr. Kammerman is a member of the bars of the States of New York and New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

**HANNAH K. KIERNAN** graduated *cum laude* from the University of Michigan in 1994 with a B.S. degree in Nursing. She practiced nursing on a general medical floor at New York University Medical Center between 1994-1997. Ms. Kiernan graduated from Boston College Law School, where she was a Member of the Jessup International Moot Court Team, in 2000. While in law school, Ms. Kiernan was awarded a Public Interest Law Foundation, Distinguished Civil Rights Award for her paper entitled "Insanity or Death: The Choice that Violates the 8th Amendment."

Ms. Kiernan is the co-author of "Reviewing Discovery Under HIPAA Privacy Rules" which was published in the *New York Law Journal* on August 17, 2001. She is also co-author of "The Patient Health Information and Quality Improvement Act of 2000: Health Care Consumers Beware - or Befuddled?" which was published in *Mealey's Managed Care Liability Report* on December 8, 2000.

Ms. Kiernan is a member of the American Bar Association and the New York State Bar Association. In 2001, Ms. Kiernan was admitted to the New York State Bar. She is also admitted to practice before United States District Courts for the Southern and Eastern Districts of New York.

**SABRINA KIM** earned her B.A. degree from the University of California, Los Angeles, in 1992, and her J.D. degree from the University of California, Hastings College of Law in 1996. She focuses primarily on class actions on behalf of defrauded consumers and investors as well as public shareholders in mergers and acquisition cases. She came to the Firm from the California Department of Justice, where she was a deputy attorney general in the Consumer Law Section for six years. During her tenure as a state prosecutor, Ms. Kim served on the Attorney General's Asian Pacific Islander Advisory Board and prosecuted high-profile, complex state and federal consumer fraud cases, including those against major predatory lenders, notorious immigration consultants, and others who engaged in unlawful and deceptive business practices. She has also conducted numerous consumer education presentations to community organizations and has taught Consumer Law as an adjunct professor at Loyola Law School. She is a board member of the Korean American Bar Association.

Ms. Kim is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District of California.

**MATTHEW A. KUPILLAS** graduated from the State University of New York at Albany in 1990 with a B.A. degree in philosophy. In 1994, Mr. Kupillas received his J.D. degree from New York University School of Law. Mr. Kupillas focuses his practice primarily on class actions on behalf of defrauded investors and consumers, as well as complex commercial litigation. His involvement in the *In re Oxford Health*

*Plans, Inc. Securities Litigation* helped shareholders recover an aggregate settlement of $300 million. Mr. Kupillas is a member of the New York State Bar Association and the American Bar Association. He is a member of the bar of the State of New York and is admitted to practice before the United States District Court for the Eastern District of Wisconsin.

**SHARON M. LEE** graduated from St. John's University in 1997 with a B.A. degree in Asian studies, and a M.A. degree in East Asian studies in 1998. Ms. Lee earned her J.D. degree from St. John's University School of Law in 2001 where she was the notes and comments editor of *The New York International Law Review*, and the author of an article published therein. Ms. Lee is a member of the New York State Bar Association. She is admitted to the bar of the State of New York, and is admitted to practice in the Southern and Eastern Districts of New York.

**ELIZABETH LIN** earned her B.A. degree from the University of California, Los Angeles in 1991 and her J.D. degree from UCLA Law School in 1994. Ms. Lin focuses her practice on investigating fraud and litigating class action lawsuits on behalf of defrauded individual and institutional investors. Prior to joining Milberg Weiss, Ms. Lin was a senior associate at Weiss & Yourman, where she successfully litigated class action lawsuits resulting in multi-million dollar recoveries for members of the class. Ms. Lin was instrumental in achieving a recovery for the class in, among other cases, *In re Southern Pacific Funding Corp. Securities Litigation*, 83 F. Supp. 2d 1172 (D. Or. 1999), *In re U.S. Interactive Inc.*, No. 01-CV-522, 2002 U.S. Dist. LEXIS 16009 (E.D. Pa. Aug. 23, 2002), and *In re Aura Systems, Inc. Securities Litigation*, No. 97-3103 SVW (C.D. Cal.). In *In re Amylin Pharmaceuticals, Inc. Securities Litigation*, No. 01cv1455 BTM (S.D. Cal.), she successfully opposed defendants' motion to dismiss, 2002 U.S. Dist. LEXIS 19481 (S.D. Cal. Oct. 9, 2002), and defendants' subsequent motion for reconsideration, 2003 U.S. Dist. LEXIS 7667 (S.D. Cal. May 1, 2003). She also successfully opposed defendants' motions to dismiss in *In re Williams Securities Litigation*, No. 02-CV-72H (N.D. Okla.). In *In re Lantronix Inc. Securities Litigation*, No. 02-03899 PA (C.D. Cal.), the corporate defendant, in a federal securities class action filed post-PSLRA, did not even move to dismiss the securities fraud allegations in the consolidated complaint she drafted.

Ms. Lin is admitted to practice in the courts of the State of California, as well as the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, the Western District of Michigan, the District of Colorado, and the United States Courts of Appeals for the Ninth and Tenth Circuits.

**ANN M. LIPTON** graduated with distinction from Stanford University in 1995, Phi Beta Kappa, with a B.A. degree in communication and psychology. In 2000, Ms. Lipton graduated *magna cum laude* from Harvard Law School, where she was awarded the Sears Prize for her second-year grade point average and served as an Articles Editor for the *Harvard Law Review*. Prior to joining Milberg Weiss, she clerked for Chief Judge Edward R. Becker of the United States Court of Appeals for the Third Circuit, and Associate Justice David H. Souter of the United States Supreme Court. She was admitted to the New York State Bar in 2001.

**DAVID B. MANNO** graduated from Hofstra University in 1992 with a B.B.A. degree in management. He received his J.D. degree with distinction from Hofstra University School of Law in 1997. Mr. Manno primarily represents companies in connection with public and private financings, mergers and acquisitions, securities transactions and general corporate matters. During 2004, he served as an arbitrator in the Civil Court of New York Small Claims Part in Queens, New York. Mr. Manno is admitted to practice in the courts of the State of New York.

**JANUARY L. MARSCH** received her B.A. degree in government and law from Lafayette College and graduated from New York Law School, *cum laude* in 2001. While at NYLS, Ms. Marsch was active in the Moot Court Association and served as the Executive Editor. She received several awards including the Morris Orland Award for Excellence in Appellate Advocacy and the National Second Best Brief Award at the Burton D. Weschler Moot Court Competition. In 2001, Ms. Marsch was awarded the National Moot Court Association Honors and was elected into the Order of the Barristers. She was the Recipient of the Arthur Abbey Fellowship for public advocacy in 2002. Ms. Marsch has completed internships for the US Attorney's Office for the Southern District of New York and the Honorable Kevin Thomas Duffy, U.S. District Judge, SDNY. Ms. Marsch joined Milberg Weiss in 2003. Ms. Marsch is a member of the New York State Bar Association, New York County Lawyers Association, New Jersey State Bar Association and the American Bar Association. She is admitted to the Bars of the States of New York and New Jersey and the United States District Court for the State of New Jersey.

**CAROLINE MARSHALL** graduated from Dartmouth College in 1988 with a B.A. degree in philosophy. In 1992, she received her J.D. degree from Fordham University School of Law, where she was captain of Fordham's National Moot Court Team and a recipient of an Excellence in Advocacy award. Ms. Marshall served as a trial assistant at the New York County District Attorney's Office for three and a half

years and as an assistant corporation counsel for the Law Department for the City of New York for one year. Ms. Marshall then spent five years practicing criminal defense both in private practice and as a public defender. Before joining the Firm in 2003, she worked for Deloitte & Touche's Business Intelligence Unit. Ms. Marshall is admitted to the New York State bar.

**KRISTI STAHNKE MCGREGOR** received her B.A. degree in political science, Phi Beta Kappa, from the University of Florida in 1995. She spent two years, 1993-94 and 1995-96, studying political science and economics at the Rheinische Friedrich-Wilhelms-Universitaet Bonn in Bonn, Germany. In 1999 Ms. Stahnke received her J.D. degree from Emory University School of Law, where she was the Research Editor of the *Emory International Law Review* and student law clerk to Justice Norman Fletcher of the Georgia Supreme Court.

After graduating law school, Ms. Stahnke was a recipient of the German Chancellor Fellowship through the Alexander Von Humboldt Foundation, which allowed her to attend the Westfaelische Wilhelms-Universitaet Muenster in Muenster, Germany and receive her LL.M. degree *magna cum laude* in German civil law in 2001.

Prior to joining Milberg Weiss in 2002, Ms. Stahnke practiced in the international section of a large Atlanta law firm. Ms. Stahnke focuses her practice primarily on class actions on behalf of defrauded investors, as well as complex commercial litigation. She has particular experience in international litigation, primarily involving European companies. She is fluent in German. Ms. Stahnke was admitted to the State Bar of Georgia in 1999, the New York Bar in 2003 and the Florida Bar in 2004.

**JOHN MILLS** earned his B.A. degree from Duke University in 1997, and his J.D. degree from Brooklyn Law School in 2000, *cum laude*. Mr. Mills is admitted to practice in the courts of the State of New York.

**CHRISTOPHER POLASZEK** earned his B.S. degree from Florida State University in 1992, *cum laude*, his M.B.A. degree from Florida State University in 1997, *cum laude*, his J.D. degree from Florida State University in 1997, *cum laude*, and his LL.M. degree from Georgetown University in 2000. While pursuing his legal education, Mr. Polaszek interned with the Florida Senate and United States Senator Bob Graham. Mr. Polaszek currently specializes in securities fraud litigation. Prior to joining Milberg Weiss, Mr. Polaszek spent several years practicing commercial litigation with an emphasis on securities litigation and arbitration. In this regard, in addition to litigating matters in state and federal courts, he has represented numerous clients in securities arbitration proceedings conducted by the National Association of Securities Dealers, Inc., the New York Stock Exchange, and the American Arbitration Association. Mr. Polaszek is also a member of the Federal Bar Association and the American Bar Association.

Mr. Polaszek is admitted to practice in the courts of the State of Florida, as well as the United States District Courts for the Northern and Middle Districts of Florida.

**ALBERT G. POWELL** graduated from Columbia University in 1987 with a B.A. degree in economics. In 1989, Mr. Powell received his J.D. degree from The University of Texas School of Law. Mr. Powell's practice includes antitrust class actions and securities fraud litigation. Among the notable cases he has helped prosecute are *In re VisaCheck/MasterMoney Antitrust Litigation* (E.D.N.Y.), *In re Raytheon Company Securities Litigation* (D. Mass.), and *Duhaime v. John Hancock Mutual Life Insurance Company* (D. Mass.). Mr. Powell is a member of the New York State Bar Association. He is admitted to the Bars of the States of Connecticut and New York.

**JOHN RADICE** graduated magna cum laude from Princeton University in 1997 with a Bachelor of Arts degree in Politics and a Certificate in Political Theory. After working in finance for several years, Mr. Radice graduated from the NYU School of Law where he was an Arthur Garfield Hays Civil Rights & Civil Liberties Fellow and a member of the Journal of Legislation & Public Policy. Through the Hays Fellowship, Mr. Radice completed internships at the NAACP Legal Defense & Education Fund and the ACLU Immigrants' Rights Project.

Mr. Radice Prior to joining Milberg Weiss, he clerked for Judge Edith Brown Clement of the United States Court of Appeals for the Fifth Circuit in New Orleans. Mr. Radice focuses his practice on False Claims Act litigation, representing whistleblowers in numerous cases currently pending under seal, and securities litigation. Mr. Radice is admitted to practice law in the state and federal courts of New Jersey.

**ANDREI RADO**, born in Bucharest, Romania, earned his B.A. degree in psychology *summa cum laude*, at the State University of New York at Buffalo in 1996; and his J.D. degree at St. John's University, *cum laude* in 1999, where he was a member of Phi Beta Kappa. Mr. Rado authored 12 New York International Law Review 97, 1999.

Mr. Rado, who is fluent in Romanian, has worked at Milberg Weiss since 2000, where his practice focuses on securities and consumer class actions. Prior to joining Milberg Weiss, Mr. Rado worked as an attorney at Bear

Stearns & Co. Inc., focusing on rules and regulations relating to resales of control and/or restricted securities. While in law school, Mr. Rado was a senior staff member of the *New York International Law Review*. Mr. Rado is the author of a case commentary, *Ministry of Defense of Iran v. Cubic Defense Systems Inc.*, 12 N.Y. Int'l. L. Rev. 97 (1999).

Mr. Rado is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

**CARLOS F. RAMIREZ** earned his B.S. degree in legal studies *cum laude* from John Jay College of Criminal Justice in 1994. He earned his J.D. degree from Fordham University School of Law in 1997, where he was an articles and notes editor of the *Fordham Urban Law Journal* and the recipient of the Department of Justice Civil Rights Fellowship. Mr. Ramirez is the author of "Administrative License Suspensions, Criminal Prosecution and the Double Jeopardy Clause," 23 *FORDHAM URB. L.J.* 923 (1996). Upon graduation from law school, he served as an assistant district attorney in the Trial Division of the Manhattan District Attorney's Office for three years. Mr. Ramirez was admitted to the bar of the State of New York in 1998, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York. He is a member of the Association of the Bar of the City of New York and the New York State Bar Association.

**JOHN REDIKER** earned his B.A. degree from the University of North Carolina in 1994, and his J.D. degree from Washington and Lee University School of Law in 1999. Mr. Rediker's practice involves class action securities and consumer fraud litigation. In addition, Mr. Rediker also has experience in multi-party environmental litigation, complex commercial litigation, and he was associate in-house counsel for an international corporation. While in law school, he was Articles Editor for the *Environmental Law Digest* and was a third-year practice certified advocate for the Legal Aid Society of Rockbridge County.

Mr. Rediker is admitted to practice in the courts of the State of Colorado, as well as the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit.

**KAREN ROGERS** earned her B.A. degree from the University of California, Irvine, in 1983, her M.B.A. degree from Pepperdine University in 1990, and her J.D. degree from Southwestern University School of Law in 1996.

Ms. Rogers specializes in representing investors, including individual and institutional investors, in securities fraud class actions and shareholder derivative litigation. Ms. Rogers has been with the Firm since March 1997. While at Milberg Weiss, Ms. Rogers has successfully litigated numerous class action lawsuits which have resulted in multi-million dollar recoveries for defrauded investors, including, among others, cases such as *Mattel Securities Litigation*, *Accelerated Securities Litigation*, and *Hoeck v. CompUSA*.

While at Southwestern, Ms. Rogers was on the Dean's List from 1994-1995 and a member of the Law Review from 1995-1996. Ms. Rogers authored "Embryo Theft: The Misappropriation of Human Eggs at an Irvine Fertility Clinic Has Raised a Host of New Legal Concerns for Infertile Couples Using Reproductive Technologies," 26 Sw. U.L. Rev. 1133 (1997). In 1996, Ms. Rogers served as judicial extern for The Honorable Ronald S.W. Lew, U.S. District Court of California.

Prior to law school, Ms. Rogers earned an NASD Series 7 securities license and worked in the securities industry for five years at Drexel Burnham Lambert's Beverly Hills office.

Ms. Rogers is a member of the Association of Business Trial Lawyers, as well as the Los Angeles County, San Fernando Valley, and American Bar Associations. Ms. Rogers is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District of California.

**ELIZABETH ROSENBERG** graduated from the University of Michigan in 1998 with a B.A. degree in psychology. In 2001, she earned her J.D. degree from Brooklyn Law School. Ms. Rosenberg is admitted to practice in the State of New York and is a member of the New York State Bar Association.

**LILI R. SABO** graduated from the State University of New York at Albany in 1997 with a B.A. degree in political science. She earned her J.D. degree from Brooklyn Law School in 2002. Ms. Sabo was admitted to the bar of the State of New York in 2003, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**ALAN H. SCHWARTZ** graduated from Rutgers University in 1990 with a B.A. degree in psychology. In 1994, Mr. Schwartz received his J.D. degree from Brooklyn Law School. Mr. Schwartz's practice concentrates on securities and antitrust class actions. He is currently representing a class of defrauded investors in *In re Initial Public Offering Securities Litigation* (S.D.N.Y.). Mr. Schwartz also represented merchants in *In re Visa Check/MasterMoney Antitrust Litigation* (E.D.N.Y.) which resulted in an historic $3.05 billion

antitrust settlement and injunction on behalf of the class. Mr. Schwartz is a member of the New York State Bar Association. Mr. Schwartz is admitted to practice in the States of New York and New Jersey and before the United States District Court for the District of New Jersey.

**JENNIFER SCLAR** earned her B.A. degree from Barnard College in 1991, and her J.D. degree from Columbia University in 1995. Ms. Sclar is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**PATRICK J. SHEEHAN** graduated from the College of the Holy Cross in 1993 with a B.A. degree in history. In 1997, he received a J.D. degree from Northeastern University School of Law, where he was an editor of the *NU Forum*, the school's law journal.

Mr. Sheehan was admitted to the bar of the Supreme Judicial Court of Massachusetts in 1998 and the bar of the State of New York in 2000. He is also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York. He is also a member of the American Bar Association and the Bar of the City of New York. Mr. Sheehan's practice focuses on the representation of health care providers and consumers in complex health care litigation.

Mr. Sheehan is the co-author of "Class Actions In The Healthcare Context" which was published for the following healthcare conferences: "Class Action Health Care Litigation," Ali-ABA Health Care Law and Litigation Conferences, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2002; Providers (Suits by Doctors and Hospital Class Actions)," ALI - ABA Heath Care Law and Litigation conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Brest Cancer Alert, 2000 and "Health Care Litigation: What You Need to Know After Pegram," Practising Law Institute, 2000. Mr. Sheehan is also co-author of "An Overview Of Class Action Litigation In the Managed Care Context" which was published for the following healthcare conference: "Provider Suits by Doctors and Hospitals v. HMOs" ALI-ABA Health Care Law and Litigation Conference, 2001.

Mr. Sheehan is a member of the American Bar Association's Health Law Section and the Bar of the City of New York. Mr. Sheehan is admitted to practice in the courts of the States of New York and Massachusetts, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**TOMASITA L. SHERER** earned her B.A. from New York University in 1992, and her J.D. degree from Fordham University School of Law in 1999. focuses her practice primarily on pharmaceutical litigation on behalf of injured consumers. Currently, she represents hundreds of individuals in Vioxx, Bextra and Fen Phen litigation. Mrs. Sherer is also experienced with mass tort litigation involving several other industries including insurance, manufacturing and transportation. Mrs. Sherer has assisted in the negotiation and implementation of class action settlements in the following types of cases: environmental & chemical contamination, occupational chemical exposure and insurance sales practices. In addition to her toxic tort and product liability practice, Mrs. Sherer has experience in general commercial litigation, arbitration and antitrust matters.

After college and prior to law school, Mrs. Sherer worked as a radio broadcaster for a national syndication firm and was heard on several major market radio stations including WINS AM and WCBS AM in New York.

Mrs. Sherer is an active volunteer for several community based organizations. She is also a member of several bar associations, including the American Bar Association. Mrs. Sherer is admitted to the New York State Bar in 2000.

**LEIGH SMITH** earned her B.A. degree from Rutgers University, New Brunswick, in 1990, with high honors, her M.A. degree from Rutgers University, New Brunswick, in 1994, and her J.D. degree from Cornell Law School in 1999. Ms. Smith focuses her practice on class actions on behalf of defrauded investors. She also has significant experience with complex commercial litigation. At Rutgers, Ms. Smith majored in French and was elected to Phi Beta Kappa and Phi Sigma Iota. As a graduate student, she studied French literature and film and spent a year in France working as an assistant English teacher. In law school, Ms. Smith served as the Acquisitions Editor for the *Cornell Journal of Law and Public Policy* and was a member of the Cornell Moot Court Board. She was a finalist in the Cuccia Cup Moot Court Competition and received a CALI Award for Outstanding Achievement for her work in Cornell's Legal Aid Clinic. She also was active in a number of student organizations, including the Public Interest Law Union and the Women's Law Coalition, and was co-chair of Lambda Law Students. Since graduating, Ms. Smith has been associated with law firms in New York and New Jersey.

Ms. Smith is admitted to practice in the courts of the States of New York, New Jersey and Massachusetts, as well as the United States District Courts for the District

of New Jersey, the District of Massachusetts, and the Southern and Eastern Districts of New York.

**RALPH SIANNI** graduated *cum laude* with distinction from the University of Pennsylvania in 1990 with a B.A. degree in history (American legal and constitutional) and was named to the Dean's List and to Outstanding College Students of America. He earned an M.A. degree from Yale University in history (American legal and constitutional) in 1991 and a J.D. degree from the Boston University School of Law in 1995, where he served as an editor of the *Boston University Public Interest Law Journal*. While in law school, Mr. Sianni served as a teaching assistant for a course in the Boston University College of Communications, in both the graduate and undergraduate divisions, Mass Media and the First Amendment, where he lectured on issues of defamation, advertising law, and basic trademark and copyright.

After law school, Mr. Sianni served as law clerk to the Hon. Stephen J. McEwen, Jr., President Judge of the Pennsylvania Superior Court. Prior to joining Milberg Weiss, Mr. Sianni practiced in the areas of appellate litigation, bankruptcy and trademark prosecution. Mr. Sianni was also part of a pro bono team for a prisoner civil rights case that was heard by the United States Supreme Court.

Mr. Sianni focuses his practice primarily on shareholder class actions involving mergers and acquisitions, as well as securities class actions.

Mr. Sianni is a member of the bars of the state of Delaware, the commonwealth of Pennsylvania and the District of Columbia. Mr. Sianni is also admitted to practice and before the United States District Courts for the District of Delaware and the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

**CHRISTIAN SIEBOTT** graduated in 1998 from the City University of New York School of Law where he was a Belle Zeller Scholar. Prior to joining Milberg Weiss, Christian clerked in the United States Court of Appeals for the Second Circuit and the United States District Court for the Southern District of New York. He currently serves as an adjunct professor of Law at Cardozo Law School, and is a member of the Association of the Bar of the City of New York, the New York State Bar Association, the American Bar Association, and the Federal Bar Council Inn of Court.

Christian is admitted to practice in New York State, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Federal Circuits.

**PETER SLOANE** graduated with honors from Johns Hopkins University in 1994 with a B.A. degree in international relations and received his J.D. degree from Georgetown University Law Center in 1997. Upon graduation from law school, Mr. Sloane clerked for the Honorable Anthony W. Ishii of the United States District Court for the Eastern District of California. While an undergraduate at Johns Hopkins, Mr. Sloane was selected to participate in the Paul H. Nitze School of Advanced International Studies graduate program in Bologna, Italy, where he earned a graduate diploma in international relations. Prior to joining Milberg Weiss, Mr. Sloane was associated with Milbank, Tweed, Hadley & McCloy LLP, where he specialized in complex commercial litigation and consumer mass actions. He is fluent in Italian and conversant in French and Hebrew.

Mr. Sloane currently represents purchasers of securities in several securities fraud class actions, including *Irvine v. ImClone Systems, Inc., et al.* (S.D.N.Y.) and *In re Sears, Roebuck & Co. Securities Litigation* (N. D. Ill.).

Mr. Sloane is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

**ALISHA C. SMITH** graduated from the University of Maryland in 1997 with a B.A. degree in government and politics. In 2000, she earned her J.D. degree from Washington University School of Law in St. Louis. While a law student, Ms. Smith clerked for Judge Theodore McMillian on the United States Court of Appeals for the Eighth Circuit. Prior to graduation, she worked as a full-time intern at the Securities and Exchange Commission in the Division of Market Regulation Office of Chief Counsel.

After graduation, Ms. Smith remained in the Washington, D.C. area and in 2002 she received her LL.M. in securities regulation from the Georgetown University Law Center.

Ms. Smith focuses her practice in the area of securities fraud class action litigation.

Ms. Smith is a member of the Maryland State Bar Association, the American Bar Association, and the Securities and Exchange Commission Historical Society. Ms. Smith was admitted to practice in the State of Maryland in 2001 and admitted to practice in the State of New York in 2003.

**JEFFREY T. SPINAZZOLA** earned his B.A. degree from Brown University in 1998, and his J.D. degree from New York University School of Law in 2001. Mr. Spinazzola is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

MELISSA STEWART received her B.A. degree in Spanish in 1991 from the University of Texas at Austin and her M.S. degree in community and regional planning in 1998 from the University of Texas at Austin. In 2002, she received her J.D. degree from the Benjamin N. Cardozo School of Law where she was named the Outstanding Law Graduate by the National Association of Women Lawyers. While at Cardozo, Ms. Stewart was executive editor of the *Journal of International and Comparative Law* and a member of Cardozo's Trial Team. Prior to joining Milberg Weiss, Ms. Stewart clerked in the United States Court of Appeals for the Fifth Circuit and the United States District Court for the Western District of Texas. She is fluent in Spanish. Ms. Stewart is a member of the New York Bar.

CARY L. TALBOT graduated from the University of Michigan in 1991 with a B.A. degree. In 1997, he earned his J.D. degree from Washington University in St. Louis, where he was an associate editor of the *Washington University Law Quarterly*. Mr. Talbot is a member of the New York State Bar Association and the American Bar Association. He is admitted to the New York State Bar and is admitted to practice before the United States District Court for the Southern District of New York.

ILZE C. THIELMANN earned her A.B. degree from Princeton University in 1988, and her J.D. degree from Columbia Law School in 1994. Ms. Thielmann is a member of Milberg Weiss' healthcare litigation practice, and represents physicians, medical associations and consumers in complex litigations combating the wrongful practices of health insurers in state and federal courts throughout the United States.

Upon graduating from Columbia Law School in 1994, Ms. Thielmann began her career in complex commercial litigation at Simpson Thacher & Bartlett in New York. She moved on to Kirkland & Ellis in 1996, where she did both defense and plaintiff work in complex commercial litigation until she departed after becoming a mother in 1999. Ms. Thielmann joined the Milberg Weiss healthcare litigation team on a part-time basis in 2001 and has since become an associate of the Firm.

Ms. Thielmann's work with the healthcare team has included participation in numerous federal and state litigations, including two large multi-district litigations in federal courts, work on several groundbreaking settlements with major health insurers, and extensive appellate work on behalf of appellant medical associations and class action representatives in various parts of the country.

Ms. Thielmann is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

MELISA TWOMEY graduated from the Cornell University School of Industrial and Labor Relations in 2001 and earned her J.D. degree from Wayne State University School of Law in 2004. Ms. Twomey focuses her practice on class actions on behalf of defrauded investors and consumers. She primarily represents defrauded shareholders in actions involving securities and accounting fraud. Ms. Twomey is admitted to the Florida State Bar and the District Court for the Middle District of Florida.

ADAM WEISS graduated with Distinction from Cornell University in 1998, *Phi Beta Kappa*. In 2004, Mr. Weiss graduated from the University of Pennsylvania School of Law. Prior to entering law school, Mr. Weiss was an Investigator at the New York City Civilian Complaint Review Board. While a law student, he was a Senior Editor of the Journal of Constitutional Law. He was also the recipient of the James Wilson Scholarship. Mr. Weiss was a summer associate at Milberg Weiss during the summers of 2002 and 2003.

Mr. Weiss's practice areas include securities class action litigation and consumer fraud litigation on behalf of defrauded individual and institutional investors. In his largest case, he represents mutual fund investors in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions. Mr. Weiss was admitted to the New Jersey State Bar in 2004 and the New York State Bar in 2005.

JOSEPH E. WHITE III graduated from Tufts University in 1996 with a B.A. degree in political science. In 2000, he earned a J.D. degree from Suffolk University Law School where he was also awarded Honorable Mention for Distinguished Oral Advocacy. Prior to joining Milberg Weiss, Mr. White gained experience in all facets of civil litigation as an associate with an insurance defense firm concentrating in fraud cases.

Mr. White focuses his practice on investigating fraud and initiating class actions on behalf of defrauded individual and institutional investors. He has aided in successful recovery of investor losses in *In re Hamilton Bancorp Securities Litigation* (S.D. Fla.), *In re Intercept Inc. Securities Litigation* (N.D. Ga.), *In re Clarus Securities Litigation*, (N.D. Ga.) and *In re Unicapital Securities Litigation* (S.D. Fla).

When not litigating on behalf of defrauded investors, Mr. White provides free educational presentations to institutional investors on topics ranging from securities

litigation in general, to the beneficial role securities monitoring has in assisting pension trustees in meeting their fiduciary duty.

Mr. White is a member of the state of Massachusetts Bar (2001), the U.S. District Court of Massachusetts Bar (2002), and the state of Florida Bar (2003).

**ADAM H. WIERZBOWSKI** graduated *magna cum laude* with high honors in English from Dartmouth College in 2000 and earned his J.D. degree with honors from The George Washington University Law School in 2003. While at George Washington, Mr. Wierzbowski was notes editor of *The George Washington International Law Review* and a member of the Moot Court Board. Mr. Wierzbowski also won Best Brief and was the Best Overall Competitor in the 2001-2002 Giles S. Rich Intellectual Property Law Moot Court Competition. Mr. Wierzbowski is admitted to the New York State Bar.

Mr. Wierzbowski focuses his practice on class actions on behalf of defrauded investors and consumers. He primarily represents mutual fund investors in actions involving the improper market timing and late trading of mutual fund shares in *In re Mutual Funds Investment Litigation*, MDL No. 1586 (D. Md.), and in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions.

**ANDREW WILMAR** graduated *magna cum laude* and with distinction from Yale University in 1996, where he majored in political science and philosophy. In 2001, Mr. Wilmar graduated from Harvard Law School, where he was an executive editor for the *Harvard Civil Rights-Civil Liberties Law Review*, and a finalist in the Ames Moot Court Competition. He was also named Best Oralist by a panel of state and federal judges during the semi-final round of the Ames Competition. Prior to joining Milberg Weiss, he was a law clerk to the Honorable Robert L. Carter of the United States District Court for the Southern District of New York.

Mr. Wilmar's practice is focused primarily on class actions on behalf of defrauded investors and consumers, as well as complex mass torts. Mr. Wilmar is a member of the New York Bar.

**RACHEL WINTTERLE** earned her B.A. degree from the University of Wisconsin in 1991, her M.A. degree from American University in 1994, and her J.D. degree from Tulane University School of Law in 2002. Ms. Wintterle concentrates her practice primarily in the area of healthcare litigation. Ms. Wintterle is also active in pro bono work and teaches a weekly Street Law program in the New York City public school system.

Ms. Wintterle is a member of the American Bar Association, New York State Bar Association and the Louisiana State Bar Association. Ms. Wintterle is admitted to practice in the courts of the States of Louisiana and New York.