IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————x
: 
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                   :   Case No. 1:05-cv-00272-GMS
                                             :
             Plaintiff,                      :   CLASS ACTION
                                             :
        vs.                                  :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
                                             :
             Defendants.                     :
                                             :
————————————————————x
                                             :
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,               :   Case No. 1:05-cv-00277-GMS
                                             :
             Plaintiff,                      :   CLASS ACTION
                                             :
        vs.                                  :
                                             :
MBNA CORP., BRUCE L. HAMMONDS, and           :
KENNETH . VECCHIONE,                         :
                                             :
             Defendants.                     :
                                             :
————————————————————x

**(Additional Captions Set Forth Below)**


**NOTICE OF CHANGE OF FIRM ADDRESS**

|  |  |  |
|---|---|---|
| ─────────────────────────────x : ROBERT WILKINS, Individually and on behalf of all others similarly situated, : : : Plaintiff, : : vs. : : MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : Defendants. : ─────────────────────────────x | Case No. 1:05-cv-00287-GMS CLASS ACTION | |

 

ROBERT WILKINS, Individually and on behalf of all others similarly situated,

               Plaintiff,

   vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,

               Defendants.

: Case No. 1:05-cv-00287-GMS

: CLASS ACTION

─────────────────────────────x

LEONARD BRONSTEIN, On behalf of himself and all others similarly situated,

               Plaintiff,

   vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,

               Defendants.

: Case No. 1:05-cv-00289-GMS

: CLASS ACTION

─────────────────────────────x

———————————————————————x
:
GREG PENN, On behalf of himself and all others  :
similarly situated,                             :   Case No. 1:05-cv-00293-GMS
                                                :
            Plaintiff,                          :   CLASS ACTION
                                                :
    vs.                                         :
                                                :
MBNA CORP., BRUCE L. HAMMONDS,                  :
KENNETH A. VECCHIONE, RICHARD K.                :
STRUTHERS, and LANCE L. WEAVER,                 :
                                                :
            Defendants.                         :
                                                :
———————————————————————x
:
CLIFFORD W. JONES, On behalf of himself and     :
all others similarly situated,                  :   Case No. 1:05-cv-00316-GMS
                                                :
            Plaintiff,                          :   CLASS ACTION
                                                :
    vs.                                         :
                                                :
MBNA CORP., BRUCE L. HAMMONDS, and              :
KENNETH A. VECCHIONE,                           :
                                                :
            Defendants.                         :
                                                :
———————————————————————x
:
MICHAEL D. BLUM, On behalf of himself and       :
all others similarly situated,                  :   Case No. 1:05-cv-00372-GMS
                                                :
            Plaintiff,                          :   CLASS ACTION
                                                :
    vs.                                         :
                                                :
MBNA CORP., BRUCE L. HAMMONDS,                  :
KENNETH A. VECCHIONE, JOHN R.                   :
COCRAN, III, RICHARD K. STRUTHERS, and          :
LANCE L. WEAVER,                                :
                                                :
            Defendants.                         :
                                                :
———————————————————————x

|  |  |
|---|---|
| THOMAS J. CUSSEN, On behalf of himself and all others similarly situated, | x<br>:<br>: |
| Plaintiff, | : Case No. 1:05-cv-00389-GMS<br>:<br>: CLASS ACTION |
| vs. | :<br>: |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER and JOHN W. SCHEFLEN, | :<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>:<br>:<br>x |

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad & Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone: (302) 984-0597
> Facsimile: (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED: October 7, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: /s/ Ralph N. Sianni
Seth D. Rigrodsky, Esq. (#3147)
Ralph Sianni, Esq. (#4151)
919 N. Market Street, Suite 980
Wilmington, Delaware 19801
(302) 984-0597

--and--

2

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

3

**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| Joseph A. Rosenthal<br>Jeffrey S. Goddess<br>**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>Tel.: (302) 656-4433<br>Email: rmgg@rmgglaw.com | Richard H. Morse<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel.: (302) 571-6651<br>E-mail: rmorse@ycst.com |

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799