IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00272-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

---

| | |
|---|---|
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated, | Case No. 1:05-cv-00277-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE, | |
| Defendants. | |

---

**(Additional Captions Set Forth Below)**

————————————————————x
:
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated, : Case No. 1:05-cv-00287-GMS
:
                 Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                 Defendants. :
:
————————————————————x
:
LEONARD BRONSTEIN, On behalf of himself :
and all others similarly situated, : Case No. 1:05-cv-00289-GMS
:
                 Plaintiff, : CLASS ACTION
:
vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                 Defendants. :
:
————————————————————x

```
─────────────────────────────────────────x
                                         :
GREG PENN, On behalf of himself and all others :
similarly situated,                      :   Case No. 1:05-cv-00293-GMS
                                         :
                    Plaintiff,           :   CLASS ACTION
                                         :
    vs.                                  :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, and LANCE L. WEAVER,          :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x
                                         :
CLIFFORD W. JONES, On behalf of himself and :
all others similarly situated,           :   Case No. 1:05-cv-00316-GMS
                                         :
                    Plaintiff,           :   CLASS ACTION
                                         :
    vs.                                  :
                                         :
MBNA CORP., BRUCE L. HAMMONDS, and       :
KENNETH A. VECCHIONE,                    :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x
                                         :
MICHAEL D. BLUM, On behalf of himself and :
all others similarly situated,           :   Case No. 1:05-cv-00372-GMS
                                         :
                    Plaintiff,           :   CLASS ACTION
                                         :
    vs.                                  :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, JOHN R.            :
COCRAN, III, RICHARD K. STRUTHERS, and   :
LANCE L. WEAVER                          :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x
```

```
―――――――――――――――――――――――x
                                          :
SCOTT KIMBALL, On behalf of himself and all :
others similarly situated,                :  Case No. 1:05-cv-00643-GMS
                                          :
              Plaintiff,                  :  CLASS ACTION
                                          :
    vs.                                   :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,            :
KENNETH A. VECCHIONE, RICHARD K.          :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER and JOHN W. SCHEFLEN,     :
                                          :
              Defendants.                 :
                                          :
―――――――――――――――――――――――x
                                          :
VIRGINIA MCMATH, On behalf of herself and :
all others similarly situated,            :  Case No. 1:05-cv-00644-GMS
                                          :
              Plaintiff,                  :  CLASS ACTION
                                          :
    vs.                                   :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,            :
KENNETH A. VECCHIONE, RICHARD K.          :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER and JOHN W. SCHEFLEN,     :
                                          :
              Defendants.                 :
                                          :
―――――――――――――――――――――――x
```

## ORDER CONSOLIDATING ACTIONS AND
## APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1.  The Motion is GRANTED;

2.  The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3.  Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4.  Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: Oct 13, 2005

United States District Court Judge

FILED
OCT 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE